IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOLON MICHAEL GRIFFITH,<br><br>Defendant. | Case No. 22-CR-416-JFH |

**OPINION AND ORDER**

Before the Court are a sealed motion for leave to dismiss without prejudice and a supplemental motion for leave to dismiss without prejudice filed by the United States of America ("Government"). Dkt. No. 24; Dkt. No. 26. The Government requests leave to dismiss the indictment [Dkt. No. 2] without prejudice as to Defendant Solon Michael Griffith ("Defendant"). *Id.*

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's request to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's sealed motion for leave to dismiss without prejudice [Dkt. No. 24] and supplemental motion for leave to dismiss without prejudice [Dkt. No. 26] are GRANTED and the Indictment [Dkt. No. 2] is dismissed without prejudice as to Defendant Solon Michael Griffith.

Dated this 10th day of March 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE